RECEIVED
USDC CLERK, COLUMBIA, SC
2023 SEP 11 PM 3:35

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

AEA TRUST ESTATE CORPARATION- LEWIS ALBERTUS DAVID GOD KING EMPEROR PRIVATE PUBLIC PERSON SUI JURIS SUI GENERIS IN GENERTAY IN PROPRIA PERSONA

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for Violation of Civil Rights
(Prisoner Complaint)
2:23-cv-04578-DCN-MHC
Case No. 239,115,678 A/c
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

-against-

TRUST HONOR ROGER M. YOUNG JUDGE
TRUST HONOR ALEX KINLAW JR JUDGE
TRUST HONOR C. VANCE STRICKLIN

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

RECEIVED
USDC CLERK, CHARLESTON, SC
2023 SEP 13 AM 11:15

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: TRUST LEWIS ALBERTUS DAVID
   All other names by which you have been known: CORPARATIONESTATETRUST LEWIS ALBERTUS DAVID LAD GOD KING EMPEROR PUBLIC PRIVATE PERSON SUI JURIS SUI GENERIS IN GENERIOUS IN PROPRIA PERSONA
   ID Number: D16620,0000 DIPLOMATIC PASSPORT
   Current Institution: SHERIFF AL CANNON DETENTION CENTER
   Address: 3841 LEEDS AVAUNE NORTH CHARLESTON SC 29405

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: ESTATETRUST ADMIN HONOR ROGER M. YOUNG
   Job or Title (if known): ADMIN JUDGE OVER SESSIONS
   Shield Number: F8700, IS 112350-ALC/AM
   Employer: COURTHOUSE
   Address: CHARLESTON COUNTY JUDICIAL-1022/DEU DC 43949141112031391121112AL JUDICIAL CENTER 100 BROAD ST, SUITE 368 CHARLESTON SC. 29401
   ☑ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name: ESTATETRUST ADMIN HONOR JUDGE C. VAWEE STRICK LTN

2

Job or Title (if known): ADMIN JUDGE OVER SESSIONS
Shield Number: F8700, S12 350 - ALC/AM FIN FEDINC NO.
Employer: E4880 ID
Address: 1701 MAIN ST SUITE 312 - C-AL COLUMBIA SC. 29201

☑ Individual capacity   ☑ Official capacity

Defendant No. 3

Name: ESTATE TRUST ADMIN HONOR JUDGE ALEX KTN LAW-112A 2:
Job or Title (if known): ADMIN JUDGE OVER SESSIONS
Shield Number: F8700, S12350 - ALC/AM FEDINC NO.
Employer: E4880 I D
Address: 305 E. NORTH STREET GREENVILLE SC, 29601 - BTO ALAFA A A/C 29601

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

Name: 
Job or Title (if known): 
Shield Number: 
Employer: 
Address: 

☐ Individual capacity   ☐ Official capacity

II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

- ☑ Federal officials (a *Bivens* claim)
- ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

INDIGENOUS/TRUST INDIGENOUS RIGHT ABSOLUTE RIGHT IR ITEM FIN NO. I8920 AR/ITEM PIN NO. A2270-ALBFCOBGDAM  12345
12345

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

INDIGENOUS/TRUST SUING UNDER 36-9-501 36-9-501(d) BREACH OF TRUST/BREACH OF FIDUCIARY DUTY OF CARE BREACH OF TRUST POLICY

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ACCOUNTANT LIABILITES FOR FALSE AND MISLEADING FINANCIAL - 6911 112/14200/313911 2112 AL  AL FINANCIAL RULE 10 B 6 TRUST/CRIMINAL LAW CL CY AL 1983 ALHCC AICHIC° 1983

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* NON INMATE AUTOCRACY A34580 ITEM NUMBER 7145
ABOVE ITEM NO. 7145 AUTOCRACY EXECUTIVE ORD. 14722
ACCOUNT/C EXECUTIVE-A4610/EX-n-E15400/E★ BAE DAE AM O/C/I AL INCISIIC

IV. Statement of Claim  AMNESTY N. A22140- A12605 ★13 ABSOLUTE IMMUNITY
-ALBENI AI IDADA IMPUNITY N. T4450/A2070

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

RELEASE FROM JAIL CLAIM TO PURGE LEINS THOSE OF NADON ESTATE TRUST NAME LEWIS ALBERTW DAVID LAD All

MDD
LND B
LND B
ALDD
A12 CO
A012 B

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

ORDER RELEASE FROM JAIL CLAIM TO PURGEL FINS AND FINANCIAL STATEMENT THOSE OF NADON ESTATE TRUST NAME LEWIS ALBERTW DAVID LAD AND REMEDY BREACH OF TRUST AND ANNUAL PAYMENT RESTORED IN EQUITY TO TRUST ESTATE NAME LEWIN ALBERTW DAVID

C. What date and approximate time did the events giving rise to your claim(s) occur?

3 YEAR AGO JULY 2020

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A1 DAMAGES TO ESTATE LOSS HARM
A1 COURTS JUDGES AND ACCOUNTANT
A2 JUST THOSE STATED ABOVE IN DEGREE DECREED ORDAINED
AG THOSE OF INVOLVED

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MONOTARY LOSS 2,000,000 OR MORE AND FALSE METAL HEALTH TREATMENT IN METAL FACILITY LOSS STOCKS $120,000,000 IN TERMS DAMAGES LOSS HARM PUNTSHMENT

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PURGE FALSE FINANCIAL STATEMENTS AND REPAIR DAMAGE REMEDY LOSS HARM PANTED UNISHMENT

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

FILED NO 100593 AUTOCRACY N. AMNESTY N. IMPUNITY N. AUTOCRACY A 34380 AC-CO-OC A ITEM NUMBER 7145 INCORPARATED CHARTER, CHARTER, ARTICLES OF INCORPORATION

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes
☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   SHERIFF AL CANNON DETENTION CENTER AND FILE FILED NUMBER 100 593 AND 108727

2. What did you claim in your grievance?

   INCOPARATE CHARTER ARTICLES OF INCORPARATIONS AUTOCRACY IMMUNTY IMPUNITY AMNESTY WITH FINS FEDERAL INCORPARATED NUMBER ABISOLUTE ANOORDER GRANTING SUCCESS AND APPROVAL FOR $120,000,000 DOLLAR AMOUNT FOR LOSS DAMAGES AND HARM CHARTERN, GARRENTED RIGHTS TI

3. What was the result, if any?

   NO RESULT

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   SOME ARE COMPLETED AND SOME STILL OPEN FOR PUBLIC PERTATING TO FILED FILES

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    FILED GRIEVANCES AS GRIEVANCE ALSO AS OTHER LEGAL AS OTHER EQUITY

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    LEGAL LIASON PUBLIC DEFENDER CORPARATE OFFICER

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    ADMINISTRATION ACTING FOR A SCHOOL OR ENTITY COMPANY CORPORATION NAME ESTATE TRUST

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) **N/A**

        Defendant(s) **N/A**

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

    4. Name of Judge assigned to your case

        _____

    5. Approximate date of filing lawsuit

        _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. **NONE**

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____
      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: SEP 6, 2023.

Signature of Plaintiff: dAD

Printed Name of Plaintiff: TRUST LEWIS ALBERTUS DAVID GOOKING EMPEROR PRIVATE PUBLIC PERSON SUI JURIS SUI GENERIS IN GENERIS IN PROPRIA PERSONA

Prison Identification #: [00015994L2 A/e

Prison Address: 3841 LEEDS AVE NORTH CHARLESTON SC 29405

City: CHARLESTON NORTH    State: SOUTH CAROLINA    Zip Code: 29405

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney: N/A

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address  _____
Telephone Number  _____
E-mail Address  _____