AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lewis Albertus David,<br>*Plaintiff*<br>V.<br>Honorable Roger M. Young, Honorable C. Vance Stricklin, Honorable Alex Kinlaw,<br>*Defendants* | Civil Action No.  2:23-cv-04578-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Lewis Albertus David, shall take nothing of Defendants Honorable Roger M. Young, Honorable C. Vance Stricklin, Honorable Alex Kinlaw, as to the complaint filed and this action is dismissed without prejudice, without further leave to amend, and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C Norton, United States District Judge, presiding. The Court having affirmed the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:  March 28, 2024

ROBIN L. BLUME, CLERK OF COURT

*AG*
*Signature of Clerk or Deputy Clerk*